UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES COSTON<br>**Plaintiff**<br><br>v.<br><br>KYLE ROBINSON FITZGER-ALD, MASNEY AUTO TRANSPORT, CAROLINA CASUALTY INSURANCE CO., and BERKSHIRE HATHAWAY DIRECT INSURANCE CO.<br>(THREE)<br>**Defendants** | Civil Action No.:<br><br>Judge<br><br>Magistrate Donna |

**COMPLAINT FOR DAMAGES**
**(JURY TRIAL REQUESTED)**

JAMES COSTON, Plaintiff herein and citizen and domiciled in Louisiana, respectfully moves and represents as follows:

1.

Made Defendants herein:

1. KYLE ROBINSON FITZGERALD, (hereinafter referred to as "FITZGERALD") a person of full age and majority domiciled and residing in the state of Florida, at the municipal address 7552 W. Grove St., Homosassa Springs, FL 34446.

2. MANSEY AUTO TRANSPORT, (hereinafter referred to as "MASNEY") a business corporation in the state of Florida, authorized to do and doing business within the jurisdiction of this Honorable Court.

1

3. CAROLINA CASUALTY COMPANY, (hereinafter referred to as "CAROLINA") a business corporation domiciled in the state of Iowa with a registered agent in the state of Florida.

4. BERKSHIRE HATHAWAY DIRECT INSURANCE COMPANY (THREE), (hereinafter referred to as "THREE") a business corporation domiciled in the state of Nebraska with a registered agent in the state of Florida, and authorized to do and doing business within the jurisdiction of this Honorable Court, and who at all times material herein had issued a policy of automobile underinsured/uninsured motorist insurance in favor of and/or insuring James Coston and/or the vehicle he owned and/or operated on the date of the accident. Said policy contained coverages commonly known as uninsured motorist coverage and medical payments coverage (herein after referred to as "UM Policy").

2.

There is diversity jurisdiction in this matter, inasmuch as Plaintiff is a citizen of Jefferson Parish, Louisiana, and Defendants are citizens of Florida, Iowa, and Nebraska, and the amount in controversy, exclusive of attorney fees, interest, and costs, is in excess of $75,0000. Jurisdiction of this Court is proper pursuant to 28 U.S.C. § 1332 and § 1367.

3.

There is venue in this matter in the Eastern District of Louisiana inasmuch as the wrongful actions of Defendants complained of herein occurred in Slidell, Louisiana.

2

4.

At all times relevant, Mr. Fitzgerald was operating a Dodge Ram pick-up truck (VIN # 1C6RR7GT0KS605513)(herein after referred to as "TRUCK").

5.

On or about August 26, 2021, Plaintiff, James Coston was traversing the parking lot of Manheim car auction lot on Browns Village Road in Slidell, Louisiana. Mr. Coston was driving his company tow truck. The Defendant was unloading the TRUCK from a car hauler at an usually high rate of speed. As Mr. Coston was passing the car hauler, Defendant drove the TRUCK into his vehicle. At no time was Mr. Coston in a position to alert Mr. Fitzgerald of his presence.

6.

As a result of the above-described incident, Plaintiff, James Coston has suffered severe and life-altering injuries that require ongoing medical treatment.

7.

Upon information and belief, Defendant MASNEY, was the owner of the TRUCK.

8.

At all times relevant herein, Defendant CAROLINA, was the liability insurance carrier for Defendant driver FITZGERALD, and as such, CAROLINA is *solidarily* liable for the negligent actions of Defendant FITZGERALD.

9.

The injuries suffered by the Plaintiff, James Coston, were caused by the fault and or neglect of defendants herein as follows:

1. Failure to maintain a proper lookout;

2. Failure to keep vehicle under proper control;

3. Failure to see what she should have seen;

4. Failure to exercise necessary caution;

5. Failure to act as a prudent and reasonable driver;

6. Operating a vehicle in a careless and reckless manner; and

7. Such other acts and omissions as will be shown at trial, all of which were in contravention of the exercise of due care, prudence and the laws of Louisiana.

10.

As a result of the above and foregoing, Plaintiff, James Coston, has suffered past and future physical and mental pain and anguish, past and future total or partial disability, past and future lost income, past and future medical expenses, and past and future loss of enjoyment of life.

11.

The full extent of Plaintiff, James Coston's, injuries and damages are not yet known, however, it is clear that the amount necessary to compensate Plaintiff for his injuries is above $75,000.00. Plaintiff requires continuing medical care and treatment, the full residual and sequalae are not known at this time.

12.

Plaintiff avers that, at the time of the accident herein, Mr. Coston's vehicle was covered by a THREE UM Policy # CP140173527P2021.

13.

Plaintiff avers that, at the time of the accident herein, the UM Policy was in full force and effect a policy provided coverage for uninsured/underinsured motorist insurance. By virtue of said

contract of insurance, said THREE is liable unto petitioner for all acts of commission and omission and acts of negligence which are alleged in this lawsuit.

14.

Plaintiff requests a jury trial on all issues triable by jury herein.

**WHEREFORE**, Plaintiff, JAMES COSTON, prays that, after due proceedings be had, there be judgment in his favor and against Defendants, KYLE ROBINSON FITZGERALD, MANSEY AUTO TRASNPORT, CAROLINA CASUALTY COMPANY, and BERKSHIRE HATHAWAY DIRECT INSURANCE COMPANY (THREE), jointly or as their respective liabilities may otherwise be shown to exist, for Plaintiff's general damages, special/punitive damages, for his costs expended herein, for pre-judgment interest from the date of Plaintiff's filing of the lawsuit, and post-judgment interest on the judgment at the rate allowed by law, for trial by jury, and for such other and further relief, both at law and in equity, to which Plaintiff may show himself justly entitled.

        Respectfully submitted:

        */s/ Byron Miller Forrest*

        **Forrest Cressy & James, LLC**
        Byron Miller Forrest (#35480)
        Eric S. Hamilton (#40128)
        1222 Annunciation Street
        New Orleans, Louisiana 70130
        Telephone: 504-605-0777
        Facsimile: 504-322-3884
        byron@fcjlaw.com
        eric@fcjlaw.com
        **Attorneys for James Coston**